IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SOUTH HAMPTON ESTATES,
PROVENCE REAL ESTATE,

   Plaintiff,

     v.

ANTHONY JACKSON
AND ALL OTHERS,

   Defendant.

CIVIL ACTION FILE
NO. 1:18-CV-3876-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Fulton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County. The Defendant's Motion to Proceed in Forma Pauperis [Doc. 6] is DENIED. The appeal is frivolous.

SO ORDERED, this 17 day of September, 2018.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge